# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| Isidro Valenzuela, | ) Case No. 17-9482 MJ |
| (A079 227 104) | ) |
| *Defendant* | ) |
| | ) |

DOA
10-28-17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 28, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Isidro Valenzuela, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 7, 2001, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brandon Brown

☒ Continued on the attached sheet.

*Complainant's signature*

Valery Lozano,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 30, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Valery Lozano, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 28, 2017, Isidro Valenzuela was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Valenzuela was examined by ICE Officer J. Elliot who determined Valenzuela to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On October 28, 2017, Valenzuela was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Valenzuela was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Isidro Valenzuela to be a citizen of Mexico and a previously deported criminal alien. Valenzuela was removed from the United States to Mexico through Nogales, Arizona, on or about May 7, 2001, pursuant to an order of removal issued by an immigration judge. There is no record of Valenzuela in any

Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Valenzuela's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Isidro Valenzuela was convicted of Possession of Drug Paraphernalia, a felony offense, on April 24, 2001, in Superior Court of Arizona, Maricopa County. Valenzuela was sentenced to three (3) years' probation. Valenzuela's criminal history was matched to him by electronic fingerprint comparison.

5. On October 28, 2017, Isidro Valenzuela was advised of his constitutional rights. Valenzuela freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 28, 2017, Isidro Valenzuela, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near

///

///

Nogales, Arizona, on or about May 7, 2001, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Valery Lozano,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 30th day of October, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge